WOLFSON BROS. UMBRELLA CO., INC., Appellant, v. LE ROY SILK MILLS, INC.,

Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.